FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BROOKS, | NO. CV 08-4223 PSG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. L. NORWOOD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 6/30, 2008.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE